STATE of Missouri, Respondent,

v.

Heath L. CALFEE, Appellant.

No. WD 72893.

Missouri Court of Appeals,
Western District.

Jan. 31, 2012.

Jeffrey Scott Eastman, Gladstone, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: KAREN KING MITCHELL, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

#### ORDER

PER CURIAM:

Heath Calfee appeals his conviction after a jury trial on one count of felony driving while intoxicated. We affirm the judgment. Rule 30.25(b).

Kimoni L. RUSSELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73179.

Missouri Court of Appeals,
Western District.

Jan. 31, 2012.

Darren E. Fulcher, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: KAREN KING MITCHELL, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

#### ORDER

PER CURIAM:

Kimoni Russell appeals the denial of his Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. He raises a claim of ineffective assistance of trial counsel. We affirm. Rule 84.16(b).